UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES EDWARD BLOUNT | CIVIL ACTION |
| VERSUS | NO. 19-9362 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | SECTION "J" (2) |

Related to: 12-968 BELO
In MDL 2179 (10-md-2179)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 8), and the failure of plaintiff to file an objection to the Report and Recommendation, hereby approves the Report and Recommendation with one minor modification: on page 4, last line, the name "Linda Marie Wheeler" is substituted in place of "Sandra Meggs." Accordingly,

**IT IS ORDERED** that defendants' motion to dismiss (Rec. Doc. 6) is **GRANTED** and plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 17th day of June, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE